**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  24-24822-CIV-SMITH**

VANESSA CARDONA,

     Plaintiff,

v.

CBIZ ADVISORS, LLC, *ET AL.*,

     Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to Approve Settlement Agreement and Dismiss Case with Prejudice [DE 47], in which the Magistrate Judge recommends approving the parties' settlement agreement.  No objections have been filed.  Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

     **ORDERED** that:

1)    The Magistrate Judge's Report and Recommendation to Approve Settlement Agreement and Dismiss Case with Prejudice [DE 47] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)    This case is **DISMISSED with prejudice.**

3)    This case is **CLOSED.**

     **DONE and ORDERED** in Fort Lauderdale, Florida, this 11th day of June, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:  All counsel of record